UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

v.

GURMEET SINGH,

Defendant.

---------------------------------------------x

**~~(PROPOSED)~~**
**CONSENT JUDGMENT**
**REVOKING NATURALIZATION**

Civil Action No.
No. 26-cv-567-NGG-LKE

WHEREUPON the Court, having considered the Complaint to Revoke Naturalization filed by plaintiff the United States of America ("United States") on February 2, 2026, against defendant Gurmeet Singh ("Defendant"); this Court's subject matter jurisdiction pursuant to 8 U.S.C. § 1451(a), and 28 U.S.C. §§ 1331 and 1345; the Joint Motion for Consent Judgment ("Joint Motion") filed by the parties; and Defendant's admission that he procured naturalization illegally and by concealment of a material fact or willful misrepresentation as described in Counts I, IV and V of the Complaint and in the Joint Motion;

IT is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1) The Joint Motion is GRANTED, and in accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Defendant;

(2) The Court FINDS and DECLARES that Defendant illegally procured his United States citizenship in violation of 8 U.S.C. § 1451(a), because the crimes of which he was found guilty on May 2, 2014, during the statutory period during which he was statutorily required to demonstrate good moral character to be eligible to naturalize constitute Crimes Involving Moral Turpitude; and because he provided false testimony during that period, further rendering him unable to demonstrate good moral character to be eligible to naturalize;

(3) Certificate of Naturalization No. 34551123, is CANCELLED, effective as of its date of issuance, October 19, 2011;

(4) Defendant is RESTRAINED and ENJOINED from claiming, going forward, any rights, privileges, benefits, or advantages under any document evidencing United States citizenship obtained as a result of his October 19, 2011 naturalization;

(5) Defendant SHALL, within twenty-one (21) days of the ordering of this Consent Judgment Revoking Naturalization surrender and deliver to counsel for the United States, by sending to Christopher Lyerla, Department of Justice, Office of Immigration Litigation, 450 5th Street NW, Ste. 5036, Washington, DC 20001, the following:

(a) Defendant's Certificate of Naturalization No. 34551123, as well as any copies thereof, in his possession or control;

(b) Defendant's United States passports and passport cards, as well as any copies thereof, in his possession or control; and

(c) Any other indicia of Defendant's United States citizenship obtained as a result of his October 19, 2011 naturalization, as well as any copies thereof, in his possession or control; and

(6) The parties shall appear for a compliance hearing, either in-person or remotely, on Wednesday September 16, 2026, at 12:00 pm, at which Defendant must demonstrate compliance with the previous paragraph, unless Defendant provides the Court with prior written notice that Defendant possesses no other indicia of citizenship aside from those surrendered within 21 days of the ordering of this Consent Judgment Revoking Naturalization.

SO ORDERED this
26 day of August, 2026

s/NGG
HONORABLE NICHOLAS G. GARAUFIS
United States District Judge
Eastern District of New York